158089-E  Svc

| | |
|---|---|
| TERRY MOREAU | SUIT NO.:       DIV: |
| VERSUS | |
| | 21ST JUDICIAL DISTRICT COURT |
| EUGENE COUTURE, | |
| BLAIR LOGISTICS, LLC., | PARISH OF LIVINGSTON |
| P&S INSURANCE RISK | |
| RETENTION GROUP INC, and | STATE OF LOUISIANA |
| GEICO CASUALTY COMPANY | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **TERRY MOREAU** of legal age and majority, domiciled in the Parish of Livingston, State of Louisiana, who respectfully represents the following Petition for Damages to wit:

1.

Made defendants herein are the following:

a. **EUGENE COUTURE**, a resident of full age of majority domiciled in State of Alabama, which may be served via Louisiana Long-Arm Statute, La. R.S. 13:3201 at 6210 Hayfield Rd. Theodore, AL 36582;

b. **BLAIR LOGISTICS, LLC.**, a foreign corporation, authorized to do and doing business in the State of Alabama, which may be served via Louisiana Long-Arm Statute, La. R.S. 13:3201, through its registered agent for service, Robert Pike at 1810 Avenue C Birmingham, AL 35218;

c. **P&S INSURANCE RISK RETENTION GROUP INC**, a foreign company not authorized to do and doing business in the State of Louisiana, via Louisiana Long-Arm Statute, La. R.S. 13:3201 at One Pound Rd. Suite 155 Charleston, SC 29407; and

d. **GEICO CASUALTY COMPANY**, a foreign company authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, The Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

The above named defendant is justly and truly indebted, jointly and in solido, unto the Plaintiff for damages, injuries, and losses sustained, together with legal interest from the date of judicial demand, costs of these proceedings, and other general and equitable relief described herein for the following reasons:

3.

On or about December 2, 2017, at approximately 12:04 p.m., **TERRY MOREAU** was the owner and operator of a 2016 Kia Soul, travelling eastbound on I-12 in the left travel lane, near the LA 1249 exit in Tangipahoa Parish, Louisiana, within the jurisdictional limits of this court.

EXHIBIT A

SCANNED

4.

At the same time, **EUGENE COUTURE** was operating his 2010 Freightliner Tractor owned by **BLAIR LOGISTICS, LLC.**, and was traveling eastbound on I-12 in the right travel lane in, Tangipahoa Parish, Louisiana, within the jurisdictional limits of this court.

5.

Suddenly and without warning, the 2010 Freightliner Tractor and trailer operated by **EUGENE COUTURE** and owned by **BLAIR LOGISTICS, LLC.**, began to change into the left lane and struck the right side of the 2016 Kia Soul operated by **TERRY MOREAU**, thereby causing a violent collision resulting in injuries to **TERRY MOREAU**.

6.

In no way did plaintiff, **TERRY MOREAU** contribute to or cause the collision described herein.

7.

As a result of the above described incident, plaintiff, **TERRY MOREAU**, sustained injuries including, but not limited to:

1) Neck pain/injuries;
2) Back pain/injuries;
3) Thoracic pain/injuries;
4) Left shoulder pain/injuries;
5) Head pain/injuries;
6) Bilateral hip pain/injuries;
7) Left elbow pain/injuries; and
8) Other injuries which will be more fully established at trial.

8.

Plaintiff, **TERRY MOREAU**, claims the following damages as a result of his accident and injuries:

1. Physical pain and suffering - past, present and future;
2. Mental pain, anguish and distress - past, present and future;
3. Loss of enjoyment of life - past, present and future;
4. Lost wages - past, present and future;
5. Disability - past, present and future;

6. Impairment of earning capacity - past, present and future;
7. Medical expenses - past, present and future; and
8. Other elements of damages to be more fully set forth at the trial of this matter.

9.

As of this date, Plaintiff has incurred over $138,000.00 dollars in medical expenses and is currently still undergoing medical care.

10.

Due to the fault of Defendant, Plaintiff was forced to have a three (3) level cervical fusion which will permanently limit her functional capacity in a severe manner.

11.

Petitioner avers that defendants, **EUGENE COUTURE, BLAIR LOGISTICS, LLC. and P&S INSURNACE RISK RETENTION GROUP, INC.**, are liable for all such injuries caused by their fault and neglect under LA C.C. art. 2315.

12.

The collision described above was caused solely and proximately by the gross and flagrant recklessness, carelessness, negligence, and fault of **EUGENE COUTURE**, in the following, non-exclusive, particulars, to-wit:

1. In failing to exercise that degree of care that we might reasonably expect of an ordinarily prudent person and automobile operator under the same or similar circumstances;
2. In failing to maintain the vehicle in proper working condition;
3. In failing to keep his vehicle under proper control;
4. In failing to keep his vehicle at a proper speed under the circumstances;
5. In failing to maintain a proper lookout or, in other words, failing to see what he should have seen and if having seen, in failing to heed;
6. In driving in a reckless and/or careless manner, and/or violating LSA-R.S. 32:58;
7. In failing to stop; and
8. Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and parish traffic regulations and ordinances.

13.

Petitioner is informed, believes, and therefore alleges that at all times material hereto, **EUGENE COUTURE** was in the course and scope of his employment with defendant, **BLAIR LOGISTICS, LLC.**. causing **BLAIR LOGISTICS, LLC.**, to be responsible for any and all

negligence and fault of **EUGUE COUTURE** in connection with the above-described incident. Petitioner therefore specifically pleads the doctrine of *respondeat superior* under *LA C.C. art. 2320.*

14.

In addition to the negligence alleged heretofore, petitioner alleges that a substantial cause of the above-described collision was the fault and/or negligence of **BLAIR LOGISTICS, LLC.** described in part, but not exclusively as follows:

a. In failing to provide proper driver training;

b. In failing to employ a safe and competent driver;

c. In failing to properly supervise and instruct its drivers;

d. Any and all acts of negligence, omissions, and/or legal fault which constitute a violation of the emergency vehicles exception and shown at the time of this trial to be a proximate cause of plaintiff's injuries, damages, or losses.

15.

Plaintiff is informed, believe, and therefore allege that at the time of the accident the defendant, **P&S INSURNACE RISK RETENTION GROUP, INC.**, had issued a liability insurance policy to, and under the laws of the State of Louisiana, was in full force and effect at the time of the accident, and which insurance inures to the benefit of plaintiffs under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

16.

Plaintiff is informed, believe, and therefore allege that at the time of the accident the defendant, **GEICO CASUALTY COMPANY**, which provided an underinsured/uninsured motorist insurance policy to **TERRY MOREAU**, under the laws of the State of Louisiana, were in full force and effect at the time of the accident, and which insurances inures to the benefit of plaintiffs under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

17.

Under said policy's uninsured/underinsured provisions, the defendant, **GEICO CASUALTY COMPANY**, is liable unto petitioners for the reason that tortfeasor, **P&S INSURANCE RISK RETENTION GROUP, INC. and EUGENE COUTURE**, are underinsured motorist.

18.

EUGENE COUTURE, BLAIR LOGISTICS, LLC., P&S INSURANCE RISK RETENTION GROUP, INC. and GEICO CASUALTY COMPANY, are therefore liable, in *solido*, unto the Plaintiffs in said collision, which are itemized and set out hereafter.

**WHEREFORE PLAINTIFF PRAYS** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the plaintiff, **TERRY MOREAU** and against the defendants **EUGENE COUTURE, BLAIR LOGISTICS, LLC., P&S INSURANCE RISK RETENTION GROUP, INC. and GEICO CASUALTY COMPANY**, jointly, severally, and in *solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted:

GORDON McKERNAN INJURY ATTORNEYS

_____
CHRISTOPHER J. EDWARDS (#35471)
J. Greg Murphy (#19260)
Douglas K. Foster (#28909)
Chet G. Boudreaux (#28504)
Richard F. Zimmerman, III (#31374)
C. Chadwick Boykin (#29735)
Brad R. Matthews (#30616)
1234 Del Este Avenue, Suite 501
Baton Rouge, Louisiana 70808
Telephone: (225) 888-8888
Facsimile: (225) 251-2928

**PLEASE SERVE:**

**EUGENE COUTURE**
Through the Louisiana Long Arm Statue
6210 Hayfield Rd.
Theodore, AL 36582

**BLAIR LOGISTICS, LLC.**
Through the Louisiana Long Arm Statue
Robert Pike
1810 Avenue C
Birmingham, AL 35218

**P&S INSURANCE RISK RETENTION GROUP, INC.**
Through the Louisiana Long Arm Statute
One Pound Rd. Suite 155
Charleston, SC 29407

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this _____ 20____
_____
Deputy Clerk Of Court

GEICO CASUALTY COMPANY
Through its registered agent for service of process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809