UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY MOREAU** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-692** |
| **EUGENE COUTURE, ET AL.** | **SECTION "L" (4)** |

### ORDER

Considering the foregoing Ex Parte Motion to Dismiss, R. Doc. 20;

**IT IS ORDERED** that the above-captioned matter be and is hereby **DISMISSED** with prejudice, each party to bear her/its own costs.

New Orleans, Louisiana, this 19th day of November, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE